# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Urbanski, Michael F. | Virginia - Western District | 05/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

210 Franklin Road, SW, Suite 350
Roanoke, VA 24011-2208

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Family Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ▬▬▬▬▬▬▬▬▬▬▬▬ |
| 2. | 2014 | ▬▬▬▬▬▬▬ |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | 01/08/2014 - 01/09/2014 | Charlottesville, VA | National Trial Advocacy College | Meals, Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Wells Fargo Bank (accounts) | A | Interest | L | T | | | | | |
| 2. | Grayson Bankshares, Inc. GSON - Common Stock | | None | K | U | | | | | |
| 3. | Shenandoah Life Insurance Co. - Whole Life | A | Int./Div. | J | T | | | | | |
| 4. | MetLife Policyholder Trust | A | Dividend | J | T | | | | | |
| 5. | Real Estate/Carroll Co., VA (1/2 int) (see Part VIII) | | None | L | S | | | | | |
| 6. | AXA Equitable/ Multimanager Aggressive Equity Fund | A | Dividend | J | T | | | | | |
| 7. | Northwestern Mutual - Ordinary Life | B | Dividend | K | T | | | | | |
| 8. | Northwestern Mutual - Custom Comp Life | C | Dividend | K | T | | | | | |
| 9. | Northwestern Mutual - Term to Age 65 | B | Dividend | K | T | | | | | |
| 10. | Northwestern Mutual - Whole Life | B | Dividend | K | T | | | | | |
| 11. | USAA Subscriber's Account * | A | Distribution | J | T | | | | | |
| 12. | USAA Life Ins. Co. Annuity * | D | Interest | M | T | | | | | |
| 13. | USAA Life Ins. Co. Annuity * (see Part VIII) | A | Interest | J | T | Sold (part) | 11/19/14 | J | A | |
| 14. | USAA Life Ins. Co. Annuity * (see Part VIII) | A | Interest | K | T | Sold (part) | 07/28/14 | J | B | |
| 15. | Wells Fargo Advisors Cash Account * | A | Interest | J | T | | | | | |
| 16. | Invt Mngrs Ctr Coast Ins CCCNX * | C | Dividend | L | T | | | | | |
| 17. | Federated Strt Flu Instl SVAIX * | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Goldman Sachs Satllt Prt GXSIX * | B | Dividend | L | T | Sold (part) | 04/16/14 | J | | |
| 19. | | | | | Sold (part) | 06/24/14 | J | | |
| 20. | | | | | Sold (part) | 12/15/14 | J | | |
| 21. Ivy High Income Fd1 IVHIX * | B | Dividend | K | T | | | | | |
| 22. Legg Mason Clrbrdg Agg 1 SAGYX * | B | Dividend | L | T | | | | | |
| 23. Lord Abbett Intl Div Incm Fd Cl LIDFX * | C | Dividend | K | T | | | | | |
| 24. Thornburg Dev. Wrld Inst THDIX * | A | Dividend | K | T | | | | | |
| 25. Touchstone Mid Cap Inst. TMCPX * | A | Dividend | K | T | | | | | |
| 26. CUNA Mutual Members Variable Annuity * | D | Int./Div. | M | T | | | | | |
| 27. 1st Advantage Federal Credit Union-Accounts * (see Part VIII) | A | Dividend | J | T | | | | | |
| 28. American General Life Insurance - Whole Life * | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts, Line 5. One-half interest in real estate in Carroll County, Virginia. The assessed value of the entire parcel is $162,300.

Part VII Investments and Trusts, Lines 11-28. All of these assets, indicated with an asterisk, are owned by Family Trust #1, of which I am a co-trustee.

Part VII, Investments and Trusts, Line 13. This USAA Life Ins. Co. Annuity has a scheduled withdrawal on November 19. My 2013 report at Part VII, Line 21 inadvertently omitted the November 19, 2013 transaction, which fell within Value Code J, Gain Code A. Please accept this as an amendment to my 2013 report.

Part VII, Investments and Trusts, Line 14. This USAA Life Ins. Co. Annuity has a scheduled withdrawal on July 28. My 2013 report at Part VII, Line 22 inadvertently omitted the July 28, 2013 transaction, which fell within Value Code J, Gain Code B. Please accept this as an amendment to my 2013 report.

Part VII Investments and Trusts, Line 27. On my 2013 report at Part VII, Line 44, for the asset 1st Advantage Federal Credit Union - Accounts, I listed J as the Value Code in column C(1). In preparing my 2014 report, I realized that the aggregate value of these accounts fell within Value Code K as of December 31, 2013. Please accept this as an amendment to my 2013 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael F. Urbanski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544